IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CR 114-096 |
| | * | |
| JOSE GUILLERMO RAMOS | * | |

**O R D E R**

In the captioned criminal matter, Defendant Jose Guillermo Ramos has filed a "Motion to Award Credit for Time Served in Official Custody" in which he seeks a certain period of time presumably served in federal custody to be credited against his federal sentence.

Matters of credit for time served and other length of sentence determinations are better directed to the Bureau of Prisons ("BOP"), not this Court. Moreover, a judicial challenge to the BOP's decision regarding the execution of a federal sentence must be brought under 28 U.S.C. § 2241 in the district of *confinement* rather than in the sentencing court. Fernandez v. United States, 941 F.2d 1488, 1495 (11th Cir. 1991); see also United States v. Nyhuis, 211 F.3d 1340, 1345 (11th Cir. 2000) ("A claim for credit for time served is brought under 28 U.S.C. § 2241 after the exhaustion of administrative remedies."). Accordingly, once Defendant

exhausts his administrative remedies with the BOP, he must bring his § 2241 challenge in the Southern District of Mississippi, which has territorial jurisdiction over the facility in which Defendant is presently incarcerated. This Court simply does not have jurisdiction to consider the matter. See <u>Rumsfield v. Padilla</u>, 542 U.S. 426, 442-43 (2004).

Upon the foregoing, Defendant's motion to award credit for time served (doc. 22) is **DENIED**.

**ORDER ENTERED** at Augusta, Georgia, this ___18th___ day of May, 2017.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA