IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | CR 114-096 |
| JOSE GUILLERMO RAMOS | * | |

# ORDER

On June 5, 2017, Defendant Jose Guillermo Ramos filed a motion for reconsideration of this Court's Order denying his "Motion to Award Credit for Time Served in Official Custody." Because this Court does not have jurisdiction to consider the matter, as previously explained to Defendant in the Order of May 18, 2017, Defendant's motion for reconsideration (doc. 24) is **DENIED**.

**ORDER ENTERED** at Augusta, Georgia, this 19th day of June, 2017.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA